UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE M. KING,  )
                             )   CIVIL NO. 3:19-cv-05524-RSM
         Plaintiff,  )
                             )   ORDER
         vs.  )
                             )
COMMISSIONER OF SOCIAL SECURITY,  )
                             )
         Defendant  )
                             )

       This matter comes before the Court on the Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

       The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day period in §2412(d)(1)(B), from the entry of final judgment on December 6, 2019 to file a timely EAJA application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore, upon review of the record, the Court determines that Plaintiff is the prevailing party, the government's position was not substantially justified, and that the itemization of attorney time spent is reasonable. In short, the requirements of § 2412(d)(1)(B) are met.

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

Having thoroughly considered the Plaintiff's briefing and the relevant record, the Court hereby GRANTS the motion and awards Plaintiff $5,241.60 in attorney's fees, subject to any offset allowed under the Treasury Offset Program. *See. Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010). Payment of EAJA fees shall be via check sent to Plaintiff's attorney David Oliver & Associates, 2608 S. 47th Street, Suite C, Tacoma, WA 98409.  Pursuant to *Ratliff*, the award shall be payable to Plaintiff's attorney, David Oliver & Associates, if the Commissioner confirms that Plaintiff owes no debt to the Government through the Federal Treasury Offset Program.

For the foregoing reasons, Plaintiff's motion for attorney fees is GRANTED;

DATED this 27th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/David P. OLIVER
David P. Oliver,
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org